IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NELSON LORA-PENA | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 06-442-SLR |
| v. | : | |
| | : | |
| FEDERAL BUREAU OF INVESTIGATION, UNITED STATES MARSHAL SERVICE, DEPUTY U.S. MARSHAL ROBERT DENNEY, DEPUTY U.S. MARSHAL JACK LEO, DEPUTY U.S. MARSHAL WILLIAM DAVID, SUP. DEP. U.S. MARSHAL THOMAS DAVIS, FUGITIVE APPREHENSION TASK FORCE, TASK FORCE OFFICER FLETCHER, TASK FORCE OFFICER DAILY, TASK FORCE OFFICER BOWERS, and STATE POLICE TROOPER HAHN | : : : : : : : : : : : | |
| Defendants. | : | |

**MOTION TO DISMISS**

Defendants, through their undersigned counsel, respectfully move, pursuant to Fed. R. Civ. P. 12(b)(1) & (6), to dismiss Plaintiff's Complaint. In support of this motion, the Court is respectfully referred to the accompanying brief. A proposed Order consistent with this motion is attached hereto.

DATED: January 12, 2007.

        Respectfully Submitted,

        COLM F. CONNOLLY
        United States Attorney

By:    /s/ Seth M. Beausang
        Seth M. Beausang (I.D. No. 4071)
        Assistant United States Attorney
        The Nemours Building
        1007 Orange Street, Suit 700
        Wilmington, DE 19801
        (302) 573-6277

**CERTIFICATE OF SERVICE**

      I, Seth M. Beausang, hereby attest under penalty of perjury that on this 12th day of January, 2007, I caused two copies of the Defendants' Motion to Dismiss, Opening Brief in Support Thereof and Proposed Order to be served on the Plaintiff by First Class Mail at the following address:

Nelson Lora-Pena
I.D. No. 03883-070
U.S.P. Canaan
P.O. Box 300
Waymart, PA 18742

and a copy to be served on the following counsel at the following address:

Stephani J. Ballard
Delaware Department of Justice
820 North French Street
Wilmington, DE 19801


                                               /s/ Seth M. Beausang
                                               Seth M. Beausang (DE I.D. No. 4071)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NELSON LORA-PENA | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 06-442-SLR |
| v. | : | |
| | : | |
| FEDERAL BUREAU OF INVESTIGATION, UNITED STATES MARSHAL SERVICE, DEPUTY U.S. MARSHAL ROBERT DENNEY, DEPUTY U.S. MARSHAL JACK LEO, DEPUTY U.S. MARSHAL WILLIAM DAVID, SUP. DEP. U.S. MARSHAL THOMAS DAVIS, FUGITIVE APPREHENSION TASK FORCE, TASK FORCE OFFICER FLETCHER, TASK FORCE OFFICER DAILY, TASK FORCE OFFICER BOWERS, and STATE POLICE TROOPER HAHN | : | |
| | : | |
| Defendants. | : | |

**ORDER**

AND NOW, this _____ day of _____, 2007, upon consideration of Defendants' Motion to Dismiss, and all papers filed in support thereof and opposition thereto, it is

ORDERED that Plaintiff's Complaint is dismissed.

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE