IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

NELSON LORA-PENA                      :
                                      :
          Plaintiff,                  :
                                      :          Civil Action No. 06-442-SLR
          v.                          :
                                      :
FEDERAL BUREAU OF                     :
INVESTIGATION, UNITED STATES          :
MARSHAL SERVICE, DEPUTY U.S.          :
MARSHAL ROBERT DENNEY,                :
DEPUTY U.S. MARSHAL JACK LEO,         :
DEPUTY U.S. MARSHAL WILLIAM           :
DAVID, SUP. DEP. U.S. MARSHAL         :
THOMAS DAVIS, FUGITIVE                :
APPREHENSION TASK FORCE,              :
TASK FORCE OFFICER FLETCHER,          :
TASK FORCE OFFICER DAILY, TASK        :
FORCE OFFICER BOWERS, and STATE       :
POLICE TROOPER HAHN                   :
                                      :
          Defendants.                 :

## NOTICE OF PAPER FILING

TAKE NOTICE that the Defendants, by their attorneys, Colm F. Connolly, United States

Attorney for the District of Delaware, and Seth M. Beausang, Assistant United States Attorney

for the District of Delaware, and have filed with the Court a paper copy of relevant portions of

the Trial Transcript from Plaintiff's criminal trial in *United States v. Lora-Pena*, Crim. No. 05-

CR-47-KAJ (D. Del.), which is Exhibit B to Defendants' Motion to Dismiss.  Two copies of the

transcript will be served upon Plaintiff by U.S. Mail at the following address:

Nelson Lora-Pena
I.D. No. 03883-070
U.S.P. Canaan
P.O. Box 300
Waymart, PA 18742

and a copy will be served on the following counsel at the following address:

Stephani J. Ballard
Delaware Department of Justice
820 North French Street
Wilmington, DE 19801

DATED: January 12, 2007.

Respectfully Submitted,

COLM F. CONNOLLY
United States Attorney

By:_____/s/ Seth M. Beausang_____
    Seth M. Beausang (I.D. No. 4071)
    Assistant United States Attorney
    The Nemours Building
    1007 Orange Street, Suit 700
    Wilmington, DE 19801
    (302) 573-6277

## CERTIFICATE OF SERVICE

I, Seth M. Beausang, hereby attest under penalty of perjury that on this 12th day of January, 2007, I caused two copies of the Defendants' Notice of Paper Filing to be served on the Plaintiff by First Class Mail at the following address:

Nelson Lora-Pena
I.D. No. 03883-070
U.S.P. Canaan
P.O. Box 300
Waymart, PA 18742

and a copy to be served on the following counsel at the following address:

Stephani J. Ballard
Delaware Department of Justice
820 North French Street
Wilmington, DE 19801

_____ /s/ Seth M. Beausang _____
Seth M. Beausang (DE I.D. No. 4071)