Nelson Lorna-Pena<br>
Reg. No. 03883-070<br>
United States Penitentiary Canaan<br>
P.O. Box 300<br>
Waymart, Pennsylvania 18472

Clerk, United States District Court
District of Delaware
United States Courthouse
Wilmington, Delaware 18472                         February 5, 2007

Re: <u>Nelson Lorna-Pena v. Federal Bureau of Investigations et al.</u>
    Civil Action No. 06-442-SLR

Dear Clerk:

   I am in receipt of the defendants' notice of motion to dismiss along with a supporting brief and two sets of binded transcripts.

   It is my understanding that L. Civ. P. 6.1 sets out the rules for extensions of time and continuances for when I must respond to a motion. As I would like to file papers in reply to the defendants' papers, I can only do so after being properly noticed of what scheduled date the original motion was scheduled to heard by the Court, as that information is lacking from their motion.

   Therefore I am invoking the provisions of L. Civ. P. 7.1(d)(1)(5), requesting an extension of time to respond for a period not to exceed <u>14</u> days from the date the motion is scheduled to be heard, as I need more time prepare my response.

   I have notified the defendants' counsel requesting her consent to this request. Please write to inform of whether the Court has granted my request and please advise me of when the motion is scheduled to be heard.

   Thank you.

                                        Sincerely,

                                        Nelson Lorna-Pena

cc: Personal file/NLP



CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the original document to be served upon:

>  Clerk, United States District Court
>  District of Delaware
>  United States Courthouse
>  Wilmington, Delaware 19801

by sending said document by regular mail, addressed as above, and hand delivered to USP Canaan prison officials (mail room) for deposit in the United States Post Office, first class postage paid, at Waymart, Pennsylvania, on February 5, 2007.

*(signed)* Nelson Lorna-Peña  2-2-07
Nelson Lorna-Peña

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the original Request for an Extension of Time pursuant to L. Civ. R. 7.1(d)(1)(5) to be served upon:

> Seth M. Beausang, Esquire
> Assistant U.S. Attorney
> 1007 N. Orange Street
> Suite 700
> Wilmington, Delaware 19801

by sending said document by regular mail, addressed as above, and hand delivered to USP Canaan prison officials (mail room) for deposit in the United States Post Office, first class postage paid, at Waymart, Pennsylvania, on February 5, 2007.

Nelson Lorna-Peña   2-2-07

Nelson Lorna-Pena
Reg. No. 03883-070
United States Penitentiary Canaan
P.O. Box 300
Waymart, Pennsylvania 18472

[SPECIAL MAIL]

SCRANTON PA 185
05 FEB 2007 PM 1 T

Clerk, United States District Court
for the District of Delaware
United States Courthouse
Wilmington, Delaware

19801

19801+9999

