Dear Judge Sue L. Robinson                 06-442 (SLR)
                                            2-21-07

Please asking the court if is possible if I can get more time or ? because I'm in the hole for 2977 phone shot do to the incident I haven't seen a staff member, so please for my civil sue, claim - cr-442 Summary Judgement please because I have trouble finding a civil sue. Attorney for this matter I'm not a Lawyer, and nobody want's to help me. Can court provide me with a Attorney. Cause I'm not Ready yet for the Summary Judgement I need an attorney I'll will be very Appreciated from court for this matter thank you for taking a moment of your time to Read this letter.

                    Sincerly - Nelson Lort pent
                    02883-070
                    U.S.P canaan
                    P.O. Box 300
                    Waymart, PA, 18472

[Stamp: SUE L. ROBINSON U.S. DISTRICT JUDGE / FEB 26 2007 / FILED]

Nelson Lora Pena
08663-070
U.S. Penor[...]
P.O. Box 300
WAYMART PA 18472

SCRANTON PA 185
23 FEB 2007 PM 1 T

Judge Sue L Robinson
United States District
844 King Street
Wilmington, DE 19801-[...]

Legal mail