OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

March 1, 2007

TO: Nelson Lora-Pena
    ID# 03883-070
    U.S.P. Canaan
    P.O. Box 300
    Waymart, PA 18742

**RE: Letter to Clerk from a Mr. Glover, Letter to U.S.A.O. from a Mr. Glover, and items labeled "Plaintiff's Affidavit, Plaintiff's Brief In Opposition, and Affidavit of Mailing."**
Civ. No. 06-442 SLR

Dear Mr. Lora-Pena:

The Clerk's Office is in receipt of the above referenced papers (enclosed and returned herewith). Please be advised that the Federal Rules of Civil Procedure set forth specific rules for filing papers in the United States District Court. It appears that a Mr. Darryl J. Glover is attempting to file the various items referenced above on your behalf. Mr. Glover is unable to do so. In addition, all filings made by you must include your original signature.

Therefore, the Clerk's office is returning to you the **Letter to Clerk from a Mr. Glover, Letter to U.S.A.O. from a Mr. Glover, as well as the items labeled "Plaintiff's Affidavit, Plaintiff's Brief In Opposition, and Affidavit of Mailing,"** so that you are able to resubmit them in accordance with the Federal Rules of Civil Procedure.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims you may be alleging.

Sincerely,

/rpg

PETER T. DALLEO
CLERK

cc: the Honorable Sue L. Robinson