Nelson Lorna-Pena
Reg. No. 03883-070
United States Penitentiary Canaan
P.O. Box 300
Waymart, Pennsylvania 18472


Clerk, U.S. District Court
United States District Court
for the District of Delaware
United States Courthouse (Lockbox 44)
844 King Street
Wilmington, Delaware 19801

06-442 (SLR)

March 2, 2007


Re: Nelson Lorna-Pena vs. Federal Bureau of Investigations.


Dear Sir/Mam:

   On February 14, 2007, your office received a set of documents (i.e. affidavit, brief, and statement of disputed facts) from an inmate, Darryl Glover, who was asked to type, sign, and mail the documents on my behalf because I was removed from the general prison population and placed in the Special Housing Unit (SHU).

   While in the SHU I received two (2) separate Orders from the Court, dated February 13, 2007 and February 20, 2007, respectively.

   This letter serves to notify your office and the Judge that I have been released from the SHU and have returned to the general prison population of the institution.

   Thank you.

                                            Sincerely,

                                            Nelson Lorna-Pena



FILED
MAR -9 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

cc: Personal file/NLP

Nelson Lora Pena
08883-070
U.S.P Canaan
P.O. Box 300
Waymart PA 18473



SCRANTON PA 185
07 MAR 2007 PM 1 T

Clerk U.S. District Court
United States District Court
For the District of Delaware
United States Court House (Lockee)
844 King Street
Wilmington, Delaware 19801

19801473813

Legal Mail