Nelson Lorna-Pena
Reg. No. 03883-070
United States Penitentiary Canaan
P.O. Box 300
Waymart, Pennsylvania 18472

Peter T. Dalleo, Clerk
Office of the Clerk
United States District Court
District of Delaware
844 King Street (Lockbox 18)
U.S. Couthouse
Wilmington, Delaware 19801

RECEIVED
MAR 12 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

March 7, 2007

Re: Civ. No. 06-442 SLR

Dear Sir/Mam:

   The enclosed documents were returned to me by your office, which I received on March 6, 2007. I am returning them to your office for filing after having corrected the deficiencies.

   I did, in fact, authorize the individual mentioned in your cover letter to type, sign, and mail these documents to the court on my behalf. Because I am a lay person in the law I was unaware that he could not do this on my behalf.

   I hope this re-submission is in accordance with the Federal Rules of Civil Procedure. If not, please make me aware of my errors.

   Thank you.

Sincerely,
Nelson Lorna-Pena

cc: Personal file/NLP
    enclosure(s)