4-11-07

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

NELSON LORA-PENA

    Plaintiff,

    v.

FEDERAL BUREAU OF
INVESTIGATION, UNITED STATES
MARSHAL SERVICE, DEPUTY U.S.
MARSHAL ROBERT DENNEY,
DEPUTY U.S. MARSHAL JACK LEO,
DEPUTY U.S. MARSHAL WILLIAM
DAVID, SUP. DEP. U.S. MARSHAL
THOMAS DAVIS, FUGITIVE
APPREHENSION TASK FORCE,
TASK FORCE OFFICER FLETCHER,
TASK FORCE OFFICER DAILY, TASK
FORCE OFFICER BOWERS, and STATE
POLICE TROOPER HAHN

Civil Action No. 06-442-SLR




Dear Judge Sue L. Robison

Here I send you the facts and the exhibit's in color for you to see evidence, and some medical records of civil claim. I'm suffering injuries, depression, where is justice for me, your honor. Thank you for concern, I just want justice to be serve,

Sincerely
Nelson Lora Peña

Nelson
03883
U.S.P cancen
P.O. Box 300
WAYMART PA. 18472

(Legal mail)

Judge Sue L. Robison
United States District Court
For the District of Delaware
United States court house
844 King street
Wilmington, Delaware 19801