UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Civil Action No. 06-442-SLR

NELSON LORA-PENA

VS.

FEDERAL BUREAU OF INVESTIGATION ET AL.

MOTION FOR RULING

Now comes the plaintiff in the above-entitled action and hereby requests that this Honorable Court make a ruling on Defendants' Motion to Dismiss and Motion for Summary Judgment.

Respectfully submitted,

_____
Nelson Lora-Pena

Certificate of Service

I, Nelson Lora-Pena, hereby certify that on June 27, 2007, I sent a copy of the above motion to AUSA Seth M. Beausang, U.S. Attorney's Office, 1007 N. Orange St, Suite 700, Wilmington, DE 19801 via first-class mail, postage prepaid.

_____
Nelson Lora-Pena



FILED
JUL - 2 2007
RGscanned

Nelson Lora Pena
03F3-070
USP Canaan
P.O. Box 300
Waymart PA 18472

SCRANTON PA 185
28 JUN 2007 PM 1 T

Clerk United States District Court
for the District of Delaware
United States Courthouse (Lock Box 44)
844 King Street
Wilmington, Delaware 19801

Legal mail