IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NELSON LORA-PENA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 06-442-SLR |
| | ) | |
| UNITED STATES, SUP. DEPUTY U.S. | ) | |
| MARSHAL ROBERT DENNEY, | ) | |
| DEPUTY U.S. MARSHAL JACK | ) | |
| LEO, DEPUTY U.S. MARSHAL | ) | |
| WILLIAM DAVID, U.S. MARSHAL | ) | |
| DAVID THOMAS, TASK FORCE | ) | |
| OFFICER FLETCHER, TASK FORCE | ) | |
| OFFICER DAILY, TASK FORCE | ) | |
| OFFICER BOWERS, and STATE | ) | |
| POLICE TROOPER HAHN, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

At Wilmington this 16th day of July, 2007, consistent with the

memorandum opinion issued this same date;

IT IS ORDERED:

1. Defendants' motion to dismiss (D.I. 19) is granted.

2. Plaintiff's motion to exclude from consideration a letter filed with the

court by defendants on May 8, 2007 (D.I. 39) is denied.

3. Plaintiff's motions to appoint counsel (D.I. 27), for entry of default

judgment (D.I.23), and for extension of time to file a response to defendants' motion to

dismiss (D.I. 27) are denied as moot.

United States District Judge