OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

July 23, 2007

TO: Nelson Lora-Pena
    ID# 03883-070
    U.S.P. Canaan
    P.O. Box 300
    Waymart, PA 18742

**RE:  Interrogatories received on 7/17/07;**
**     Civ. No. 06-442 SLR**

Dear Mr. Lora-Pena:

The Clerk's Office is in receipt of nine separate items, labeled:

1.) "Interrogatories Propounded to Deputy, U.S. Marshal, William David;"
2.) "Interrogatories Propounded to Marshal, Robert, Denney;"
3.) "Interrogatories Propounded to Deputy, U.S. Marshal, Jack, Leo;"
4.) "Interrogatories Propounded to Thomas, Davis, Fugitive, Task Force;"
5.) "Interrogatories Propounded to State, Police, Trooper, Hahn;"
6.) "Interrogatories Propounded to Task Force, Officer, Daily;"
7.) "Interrogatories Propounded to Task Force, Officer, Fletcher;"
8.) "Interrogatories Propounded to Task, Force, Officer, Bowers;"
9.) Unlabeled - photocopy of a photograph.

The above documents are being returned to you because your case was closed on 7/16/07 by an order of the Honorable Sue L. Robinson.

Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                          Sincerely,

/rpg                                      PETER T. DALLEO
                                          CLERK

cc: The Honorable Sue L. Robinson