IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

NELSON LORA-PENA,

    PLAINTIFF, APPELLANT

V.

UNITED STATES, SUP. DEPUTY U.S. MARSHAL ROBERT DENNY,
DEPUTY U.S. MARSHAL JACK LEO,
DEPUTY U.S. MARSHAL WILLIAM DAVID,
DEPUTY U.S. MARSHAL DAVIS THOMAS,
T.F.O. FLETCHER, TFO. DAILY,
TFO. BOWERS, AND STATEPOLICE
TROPER HAHN,
    DEFENDANTS.



## NOTICE OF APPEAL

PLEASE TAKE NOTICE, that petitioner Nelson Lora-Pena, pro se, hereby appeals to the United States Court of Appeals for the Third Circuit from the Final Order of the Honorable Sue. L. Robinson of the United States District Court for the District of Delaware dated July 16, 2007.

Respectfully Submitted

Nelson Lora-Pena
Reg. No. 03883-070
USP CANAAN
PO BOX 300
WAYMART, PA. 18472

## PROOF OF SERVICE

I certify that on <u>August 9, 200</u> (Date) I mailed a copy of this motion and attachments via first class mail to the following parties at the addresses listed below:

Judge Sue L. Robinson
UNITED STATES DISTRICT COURT
 U.S. COURTHOUSE
Wilmington, Delaware 19801

## PROOF OF SERVICE FOR INSTITUTIONALIZED OR

## INCARCERATED LITIGANTS

In addition to the above proof of service all litigants who are currently institutionalized or incarcerated should indicate the following statement on all documents to be filed with this Court:

I certify that this document was given to prison officials on <u>August 9, 200</u> (date) for forwarding to the Court... I certify under the penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

_____
Signature

NELSON LORA-PENA
Reg. No. 03883-070
USP CANAAN
P.O. BOX 300
Waymart, PA 18472

WILMINGTON PE 197
15 AUG 2007 PM 1 T
15 AUG 2007 PM 1

Judge Sue L. Robinson
UNITED STATES DISTRICT COURT  844 King St
U.S. COURTHOUSE
Wilmington, Delaware 19801

DELAWARE CAPITOL POLICE

U.S.M.S
X-RAY

(Legal mail)
(C.V. No. 06-442 SLR)